# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
   Plaintiff

V:           DISTRICT COURT NO.. 3:07-CV-991-MEF

LINDA HARRIS, REVENUE COMM.
FOR TALLAPOOSA COUNTY
~~Defendant~~

## MOTION TO USE THE APPENDIX SYSTEM

COMES NOW, THE PLAINTIFF, WITH THIS ABOVE MOTION TO USE THE APPENDIX SYSTEM, IN AND ACCORDING TO FED. R. APP. P. 30. AND BECAUSE OF MY HEALTH CONDITION, WHERE I HAVE TO TAKE FROM ONE TO FOUR BLOOD PRESSURE TABLETS PER DAY..

_Gene Coggins_
GENE COGGINS

# CERTIFICATE OF SERVICE

1, __GENE COGGINS__, DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY, THAT I HAVE PLACED UPON THIS DAY A COPY OF THE ON GOING CASE OR OTHER PAPER WORK INVOLVED WITH THIS CASE, IN THE U.S. MAIL, WITH PROPER POSTAGE, CERTIFIED WITH RETURN RECEIPT TO OFFICE OF THE CLERK, AND TO THE LAST KNOWN ADDRESS OR THEIR ATTORNEYS.

_____   DATE __NOVEMBER 02, 2007__
GENE COGGINS Pro st