| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Rhonda Berry    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Rhonda Berry    C. Date of Delivery: 11/13/07 |
| 1. Article Addressed to:<br><br>Linda Harris, Revenue Commissioner<br>125 North Broadnax Street<br>Room 105<br>Dadeville, AL 36853 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:07cv991<br>#5 Order + Rec<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0024 9506 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540