IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  3:07-cv-991-MEF |
| | )                WO |
| LINDA HARRIS, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #8) to the Recommendation of the Magistrate Judge filed on December 21, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) filed on November 9, 2007 is adopted;

3. This case is DISMISSED with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B).

DONE this the 28th day of November, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE