# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**  **TELEPHONE**
CLERK   (334) 954-3610

**December 17, 2007**

Mr. Thomas K. Kahn, Clerk                    USDC No. CV-07-F-00991-E
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                         USCA No.
Atlanta, GA   30303

IN RE: GENE COGGINS V. LINDA HARRIS

---

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

_X_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [ ]

_X_ First Notice of Appeal: _X_ Yes, ___ No   Date(s) of Other Notices:_____

Was there a hearing from which a transcript could be made:

___ Yes, The Court Reporter(s) is/are:

_X_ No                Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

_X_ IFP___; and/or APPEALABILITY/CPC is pending in this Court.

___ Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:

_X_ The Appellate docket fee has been paid; ___Yes, _X_ No:_____Date , Receipt#_____

___ Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.

___ Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___ Appeal Bond, ___ Supersedeas Bond

_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___ This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:

___Volume(s) of Pleadings, _ Volume(s) of Transcripts,

___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____

___Exhibits:___Envelope

___Volume (s) of Original Papers

---

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Donna M. Norfleet
      Deputy Clerk