RECEIVED

JAN - 3 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 02, 2008

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number: 07-00991 CV-F-E

TO:  Gene Coggins

CC:  Linda Harris

CC:  Debra P. Hackett

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 02, 2008

RECEIVED

Gene Coggins
1436 COUNTY ROAD 299
LANETT AL 36863-5740

JAN - 3 2008

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number: 07-00991 CV-F-E

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether this appeal will be allowed to proceed in forma pauperis, we will advise you of further requirements.

Upon entry of an order regarding in forma pauperis, the District Court Clerk is requested to forward a copy of the order and an updated copy of the docket entries.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c: District Court Clerk

DKT-5 (11-2007)

c: District Court Clerk

**07-15927-A**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

December 17, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-F-00991-E

USCA No. _____

(Stamp: U.S. COURT OF APPEALS RECEIVED CLERK DEC 21 2007 ATLANTA, GA.)

IN RE: GENE COGGINS V. LINDA HARRIS

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]

_X_ First Notice of Appeal: _X_ Yes, ___ No   Date(s) of Other Notices:_____

Was there a hearing from which a transcript could be made:

___Yes, The Court Reporter(s) is/are:

_X_ No                    Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

_X_ IFP___; and/or APPEALABILITY/CPC is pending in this Court.

___Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:

_X_ The Appellate docket fee has been paid; ___Yes, _X_ No:_____Date , Receipt#_____

___Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.

___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ___ Supersedeas Bond

_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:

  ___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
  ___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
  ___Exhibits:___Envelope
  ___Volume (s) of Original Papers

---

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Donna M. Norfleet
      Deputy Clerk