Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

March 07, 2008

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number:  07-00991  CV-F-E

TO:   Gene Coggins

CC:   Linda Harris

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2008

Gene Coggins
1436 COUNTY ROAD 299
LANETT  AL  36863-5740

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number:  07-00991  CV-F-E

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455), with notice to this office, or move in this court for leave to proceed on appeal as a pauper (form enclosed).

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c: District Court Clerk

DIS-1 (02-2008)