Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

May 19, 2008

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number: 07-00991 CV-F-E ()

TO:   Gene Coggins

CC:   Linda Harris

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 19, 2008

Gene Coggins
1436 COUNTY ROAD 299
LANETT AL 36863-5740

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number: 07-00991 CV-F-E ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15927-A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 19 2009

THOMAS K. KAHN
CLERK

GENE COGGINS,

Plaintiff-Appellant,

versus

LINDA HARRIS,
Revenue Commissioner of Tallapoosa County,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before: **BIRCH and DUBINA, Circuit Judges.**

BY THE COURT:

Appellant has filed a letter to the Court, which we construe as a motion for reconsideration of this Court's order dated April 16, 2008. Upon reconsideration, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Fed.R.App.P. 24(a)(3)(A).