Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

June 09, 2008

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number:  07-00991 CV-F-E

TO:   Debra P. Hackett

CC:   Gene Coggins

CC:   Linda Harris

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 09, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15927-A**
Case Style: Gene Coggins v. Linda Harris
District Court Number:  07-00991 CV-F-E

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.  See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens /ecm  (404) 335-6180

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  07-15927-A

_____

GENE COGGINS,

Plaintiff-Appellant,

versus

LINDA HARRIS,
Revenue Commissioner of Tallapoosa County,

Defendant-Appellee.

_____

Appeal from the United States District Court for the

Middle District Of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because

the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the

district court clerk within the time fixed by the rules, effective this 9th day of June,  2008.


THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  Deborah Owens /ecm
      Deputy Clerk

FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED
CLERK, U.S. COURT APPEALS
ELEVENTH CIRCUIT

BY:
DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40